560 A.2d 128

Richard W. MORGAN, III,

v.

Lynne M. PEARCE, Harold S. Campbell and Charles E. Messics.

Appeal of Harold S. CAMPBELL.

Supreme Court of Pennsylvania.

Argued Dec. 7, 1988.

Decided June 1, 1989.

114

Richard A. Sprague, J. Shane Creamer, Randi J. Vladimer, Philadelphia, for Harold S. Campbell.

George A. Heitczman, Vivian M. Appel, Bethlehem, for Richard Morgan.

Ronald W. Shipman, Easton, for Lynne M. Pearce.

Philip D. Lauer, Easton, for Charles E. Messics.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

STOUT, former J., did not participate in the decision of this matter.